**In the Interest of Victoria Ashley LE and Megan Danielle Le.**

**No. 07-02-0428-CV.**

Court of Appeals of Texas, Amarillo.

Jan. 21, 2003.

Mike Brown, Michael Sales, The Brown Law Firm, Lubbock, for appellant.

Barbara J. Dickerson, Lubbock, for appellee.

Before JOHNSON, C.J., QUINN, J. and BOYD, S.J.*

*ON MOTION TO DISMISS*

BRIAN QUINN, Justice.

Appellant Vy Le filed a motion to dismiss this appeal because he longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

---

* John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. § 75.002(a)(1) (Vernon Supp.2002).